Eastern District of Kentucky
FILED

APR 23 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

**V.**                                         INDICTMENT NO. 6:26-CR-63-REW

**JOHN VINCENT MILLER**

\*    \*    \*    \*    \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 22, 2023, in Laurel County, in the Eastern District of Kentucky,

**JOHN VINCENT MILLER**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about September 13, 2023, in Laurel County, in the Eastern District of Kentucky,

**JOHN VINCENT MILLER**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 18 U.S.C. § 924(c)(1)(A)

On or about September 13, 2023, in Laurel County, in the Eastern District of Kentucky,

**JOHN VINCENT MILLER**

did knowingly use and carry a firearm during and in relation to a drug trafficking offense for

which he may be prosecuted in a Court of the United States, as set forth in Count 2, that is,

the distribution of a controlled substance, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 4
### 18 U.S.C. § 922(g)(1)

On or about September 13, 2023, in Laurel County, in the Eastern District of Kentucky,

**JOHN VINCENT MILLER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is: a Mauser, Model HSc, .380

caliber pistol with serial number 04952, and the firearm was in and affecting commerce, all

in violation of 18 U.S.C. § 922(g)(1).

## COUNT 5
### 21 U.S.C. § 841(a)(1)

On or about October 25, 2023, in Laurel County, in the Eastern District of Kentucky,

**JOHN VINCENT MILLER**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, all in violation of 21

U.S.C. § 841(a)(1).

## COUNT 6
**21 U.S.C. § 841(a)(1)**

On or about October 26, 2023, in Laurel County, in the Eastern District of Kentucky,

**JOHN VINCENT MILLER**

did knowingly and intentionally possess with the intent to distribute a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, all

in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
**18 U.S.C. § 922(g)(1)**

On or about October 26, 2023, in Laurel County, in the Eastern District of Kentucky,

**JOHN VINCENT MILLER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is: a Winchester, Model 37A, 12-

gauge shotgun with serial number C749975, and the firearm was in and affecting commerce,

all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1.      By virtue of the commission of the felony offenses alleged in Counts 1, 2, 5,

and 6 of the Indictment, **JOHN VINCENT MILLER** shall forfeit to the United States any

and all property used, or intending to be used, to commit and to facilitate the commission of

the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained

directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any

and all interest that **JOHN VINCENT MILLER**, has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.    By virtue of the commission of the offense alleged in Counts 3, 4, and 7 of the Indictment, **JOHN VINCENT MILLER** shall forfeit to the United States any and all firearms and associated ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924. Any and all interest that **JOHN VINCENT MILLER** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.    The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
a.    a Winchester, Model 37A, 12-gauge shotgun with serial number C749975; and
b.    any ammunition and all associated accessories.

**A TRUE BILL**

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**W. SAMUEL DOTSON**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1, 2, 5, and 6:

Not more than 20 years imprisonment, not more than a $1,000,000.00 fine, and at least 3 years of supervised release.

### COUNT 3:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNTS 4 and 7:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Forfeiture of listed assets.

**PLUS:**     Restitution, if applicable.